SYLVIA BRAUER, Respondent, *v.* LOUIS H. BRAUER, Appellant.

Argued December 7, 1951; decided January 17, 1952.

*Avel B. Silverman* and *Maurice Abrams* for appellant.
*Jack Clareman* and *Benet Polikoff* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.